1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. OLSEN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2821
   Facsimile:  (916) 554-2900
5
   Attorneys for Federal Defendants
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    CALIFORNIANS FOR ALTERNATIVES         CASE NO. 2:10-cv-01477 FCD KJM
11  TO TOXICS, a non-profit corporation,
    WILDERNESS WATCH, a non-profit
12  corporation, THE FRIENDS OF SILVER    **STIPULATION TO A ONE-WEEK
    KING CREEK, a California non-profit   EXTENSION OF TIME TO FILE THE
13  corporation, LAUREL AMES, an individual,  ADMINISTRATIVE RECORD; AND
    and ANN McCAMPBELL, an individual,    PROPOSED ORDER**
14
                       Plaintiffs,
15
    v.
16
    UNITED STATES FISH AND WILDLIFE
17  SERVICE; ALEXANDRA PITTS, in her
    official capacity; UNITED STATES
18  FOREST SERVICE; JEANNE M.
    HIGGINS, in her official capacity; JOHN
19  McCAMMAN, in his official capacity,

20                     Defendants.

21

22       Plaintiffs, by and through their attorneys of record, and Federal Defendants, by and through

23  their attorneys of record, hereby stipulate, subject to approval of the Court, to a one-week extension of

24  the deadline for filing the Administrative Record in the above-captioned case – from October 30, 2010

25  to November 7, 2010.  The agency is nearing completion of compiling the Administrative Record, but

26  needs an additional week to complete the task.  The Administrative Record will be filed on or before

27  November 7, 2010.

28  //

    Dated: October 28, 2010                BENJAMIN B. WAGNER

|   |   |
|---|---|
|   | United States Attorney |
|   |   |
|   | */s/ Edward A. Olsen* |
|   | By: EDWARD A. OLSEN |
|   | Assistant United States Attorney |
|   | Attorneys for Federal Defendants |
|   |   |
| Dated: October 28, 2010 | /s/ Julia A. Olson |
|   | JULIA A. OLSON |
|   | PETER M.K. FROST |
|   | Attorneys for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE