JULIA A. OLSON (CA Bar # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon  97405
tel:  541-344-7066
fax: 541-344-7061
email: jaoearth@aol.com

SHARON E. DUGGAN (CA Bar # 105108)
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, California  94610
tel: (510) 271-0825
fax: (510) 271-0829
email: foxsduggan@aol.com

PETER M.K. FROST, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401
tel:  541-485-2471
fax: 541-485-2457
email: frost@westernlaw.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation; WILDERNESS WATCH, a non-profit corporation; THE FRIENDS OF SILVER KING CREEK, a California non-profit corporation, LAUREL AMES, an individual and ANN MCCAMPBELL, an individual,<br><br>       Plaintiffs,<br>   v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; ALEXANDRA PITTS, in her official capacity; UNITED STATES FOREST SERVICE; JEANNE M. HIGGINS, in her official capacity,<br><br>       Defendants. | Case No.: 2:10-cv-01477-FCD-KJM<br><br>**STIPULATION AND ORDER FOR A TWO-WEEK EXTENSION OF TIME TO FILE ANY REQUEST TO SUPPLEMENT ADMINISTRATIVE RECORD** |

Stipulation to a Two-Week Extension of Time to File Any Request to Supplement Administrative Record
Case No.: 2:10-cv-01477-FCD-KJM

Plaintiffs, by and through their attorneys of record, and Federal Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a two-week extension of the deadline for filing any request that the Administrative Record in the above-captioned case be supplemented – from November 19, 2010 to December 3, 2010.  The Defendants required a one-week extension to file the Administrative Record.  Accordingly Plaintiffs need additional time to evaluate its contents, and a two-week extension is appropriate because of the Thanksgiving holiday.  Plaintiffs will file any requests to supplement the administrative record on or before December 3, 2010.

Dated: November 19, 2010        /s/ Julia A. Olson
                                JULIA A. OLSON
                                SHARON E. DUGGAN
                                PETER M.K. FROST
                                Attorneys for Plaintiffs

                                BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Edward A. Olsen
                                By: EDWARD A. OLSEN
                                Assistant United States Attorney
                                Attorneys for Federal Defendants

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation to a Two-Week Extension of Time to File Any Request to Supplement Administrative Record
Case No.: 2:10-cv-01477-FCD-KJM