JULIA A. OLSON (CA Bar # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon  97405
tel:  541-344-7066
fax: 541-344-7061
email: jaoearth@aol.com

SHARON E. DUGGAN (CA Bar # 105108)
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, California  94610
tel: (510) 271-0825
fax: (510) 271-0829
email: foxsduggan@aol.com

PETER M.K. FROST, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401
tel:  541-485-2471
fax: 541-485-2457
email: frost@westernlaw.org

Attorneys for Plaintiffs CATS et al.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation; WILDERNESS WATCH, a non-profit corporation; THE FRIENDS OF SILVER KING CREEK, a California non-profit corporation, LAUREL AMES, an individual and ANN MCCAMPBELL, an individual,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; ALEXANDRA PITTS, in her official capacity; UNITED STATES   FOREST SERVICE; JEANNE M.  HIGGINS, in her official capacity,<br>Defendants. | Case No.: 2:10-cv-01477-FCD-CMK (TEMP)<br><br>**ORDER RE: PAGE EXTENSION** |
|---|---|

Plaintiffs Californians for Alternatives to Toxics et al. ("CATS") have filed a motion to extend the page limit to up to 40 pages for their opening brief on summary judgment. They have shown good cause for such an extension and, therefore,

IT IS SO ORDERED.

Date: March 21, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE