BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation, WILDERNESS WATCH, a non-profit corporation, THE FRIENDS OF SILVER KING CREEK, a California non-profit corporation, LAUREL AMES, an individual, and ANN McCAMPBELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; ALEXANDRA PITTS, in her official capacity; UNITED STATES FOREST SERVICE; JEANNE M. HIGGINS, in her official capacity,<br><br>Defendants. | CASE NO. 2:10-cv-01477 FCD-CMK (TEMP)<br><br>**ORDER GRANTING THE UNITED STATES FISH AND WILDLIFE SERVICE'S AND THE UNITED STATES FOREST SERVICE'S REQUEST FOR A PAGE-LIMIT INCREASE**<br><br>Date: June 24, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 2, 15th Floor<br>Judge: Frank C. Damrell, Jr. |

    The United States Fish & Wildlife Service ("USFWS") and the United States Department of Agriculture, Forest Service ("USFS") have filed an unopposed request for permission to file a brief of up to 40 pages in length.  Good cause having been shown, the Court grants the motion.

    IT IS SO ORDERED.

Dated: April 15, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER GRANTING REQUEST TO INCREASE PAGE LIMIT