BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation, WILDERNESS WATCH, a non-profit corporation, THE FRIENDS OF SILVER KING CREEK, a California non-profit corporation, LAUREL AMES, an individual, and ANN McCAMPBELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; ALEXANDRA PITTS, in her official capacity; UNITED STATES FOREST SERVICE; JEANNE M. HIGGINS, in her official capacity,<br><br>Defendants. | CASE NO. 2:10-cv-01477 FCD (KJM)<br><br>**STIPULATION AND ORDER TO A THREE-DAY EXTENSION OF TIME TO FILE THE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a three-day extension of the due date for Defendants' opposition to Plaintiffs' Motion for Summary Judgment and Defendants' cross-motion for summary judgment. Defendants will file their Opposition/Cross-Motion on May 2, 2011.

//

//

STIPULATION AND ORDER TO A THREE-DAY EXTENSION OF TIME

| | | |
|---|---|---|
| Dated: April 27, 2011 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Edward A. Olsen*<br>By: EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Federal Defendants |
| Dated: April 27, 2011 | | /s/ Julia A. Olson<br>JULIA A. OLSON<br>PETER M.K. FROST<br>Attorneys for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 27, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO A THREE-DAY EXTENSION OF TIME    2