JULIA A. OLSON (CA Bar # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon  97405
tel:  541-344-7066
fax: 541-344-7061
email: jaoearth@aol.com

SHARON E. DUGGAN (CA Bar # 105108)
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, California  94610
tel: (510) 271-0825
fax: (510) 271-0829
email: foxsduggan@aol.com

PETER M.K. FROST, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401
tel:  541-359-3238
fax: 541-485-2457
email: frost@westernlaw.org

Attorneys for Plaintiffs CATS et al.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation; WILDERNESS WATCH, a non-profit corporation; THE FRIENDS OF SILVER KING CREEK, a California non-profit corporation, LAUREL AMES, an individual and ANN MCCAMPBELL, an individual,<br><br>        Plaintiffs,<br>   v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; ALEXANDRA PITTS, in her official capacity; UNITED STATES FOREST SERVICE; JEANNE M. HIGGINS, in her official capacity,<br><br>        Defendants. | Case No.: 2:10-cv-01477-FCD-CMK (TEMP)<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME** |

Plaintiffs Californians for Alternatives to Toxics et. al. ("CATS") and Defendants U.S. and Wildlife Service hereby stipulate to, and respectfully request that the Court enter an order, extending for one day, to May 19, 2011, the deadline for Plaintiffs to file their opposition and reply brief in this case.

Plaintiffs seek this extension because one of their primary attorneys has an opposition and reply brief due May 20, 2011, in *Wilderness Watch v. Y. Robert Iwamoto*, Case No. 10-1797-JCC (W.D. Wash.), and he has been unable to devote sufficient time to the brief due shortly in this case.

Dated: May 18, 2011.        Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost, *pro hac vice*
Of Attorneys for Plaintiffs


/s/ Edward A. Olsen
Edward A. Olsen, CSBN 214150
Of Attorneys for Defendants

Having considered the stipulation, and finding that it presents appropriate grounds, the Court hereby grants plaintiffs an extension of time until May 19, 2011, to file their opposition and reply brief.

**IT IS SO ORDERED.**

Date: May 18, 2011        _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE