1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. OLSEN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2821
   Facsimile:  (916) 554-2900
5
   Attorneys for Federal Defendants
6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation, WILDERNESS WATCH, a non-profit corporation, THE FRIENDS OF SILVER KING CREEK, a California non-profit corporation, LAUREL AMES, an individual, and ANN McCAMPBELL, an individual,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; ALEXANDRA PITTS, in her official capacity; UNITED STATES FOREST SERVICE; JEANNE M. HIGGINS, in her official capacity,<br><br>          Defendants. | CASE NO. 2:10-cv-01477 FCD (KJM)<br><br>**STIPULATION TO A ONE-DAY EXTENSION OF TIME TO FILE DEFENDANTS' REPLY; ORDER** |

      Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a one-day extension of the due date for Defendants' Reply. Defendants will file their Reply on June 4, 2011.

//

//

//

//

1 | Dated:  June 2, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
By: EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Federal Defendants

6 | Dated:  June 2, 2011

/s/ Peter M.K. Frost
JULIA A. OLSON
PETER M.K. FROST
Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 3, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE