BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation, WILDERNESS WATCH, a non-profit corporation, THE FRIENDS OF SILVER KING CREEK, a California non-profit corporation, LAUREL AMES, an individual, and ANN McCAMPBELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; ALEXANDRA PITTS, in her official capacity; UNITED STATES FOREST SERVICE; WILLIAM A. DUNKELBERGER, in his official capacity,<br><br>Defendants. | CASE NO. 2:10-CV-01477 GEB-CMK<br><br>**STIPULATION TO A REVISED HEARING DATE AND BRIEFING SCHEDULE; AND PROPOSED ORDER** |

Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the hearing date on defendants' motion to dissolve the injunction entered in the above-captioned case, from May 6, 2013, to June 3, 2013. The parties further agree to the following briefing schedule:

//

STIPULATION TO EXTEND HEARING DATE     1

| | | |
|---|---|---|
| 1 | Defendants' Motion to Dissolve the Injunction: | On File |
| 2 | Plaintiffs' Opposition: | May 13, 2013 |
| 3 | Defendants' Reply: | May 20, 2013 |
| 4 | Hearing: | June 3, 2013 at 9:00 a.m. |

Dated:  April 22, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
 By: EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated:  April 22, 2013

*/s/ Peter M.K. Frost*
PETER M.K. FROST
Attorney for Plaintiffs, Pro Hac Vice

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

**Date:  4/24/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION TO EXTEND HEARING DATE           2